# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Jose Alberto Alvarado−Quijano

                                  Plaintiff,

v.                                                       Case No.: 1:25−cv−13112
                                                      Honorable John Robert Blakey

Sam Olson

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 10, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Respondents filed a supplemental brief indicating that Petitioner appeared before an Immigration Judge for a bond hearing on 11/6/25 and has been released on bond, see [11]. As a result, and as Petitioner agrees, the pending habeas petition requesting such relief is now moot. The Court thus strikes the 11/10/25 status hearing and denies as moot the petition [1]. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.